JAMES B. ANGLIM, Appellant, *v.* AMERICAN CONSTRUCTION AND TRADING COMPANY, Respondent.

*Anglin* v. *American Constr. & Tr. Co.*, 109 App. Div. 237, affirmed.
(Argued November 16, 1906; decided December 4, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1905, which reversed a judgment in favor of

plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*J. N. Hammond* for appellant.

*William A. Sutherland* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.